HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
[E-Mail: Hilary_Potashner@fd.org]
KAY OTANI (Bar No. 184607)
Deputy Federal Public Defender
3801 University Avenue, Suite 700
Riverside, California 92501
Tel: 951-276-6346
Fax: 951-276-6368
Email: Kay_Otani@fd.org

Attorneys for Defendant
KEVIN WILLIAM DURNELL

*Denied — no good cause is shown*
*[signature] 4.26.18*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. EDCR-11-00092-R |
| Plaintiff, | [~~Proposed~~] Order |
| v. | |
| KEVIN WILLIAM DURNELL, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT defendant Kevin William Durnell shall remain on release pending appeal and he shall be supervised by Pretrial Services under the conditions previously imposed for his supervised-release term.

IT IS SO ORDERED.

DATED: 4.26.18

**DENIED**

HON. MANUEL L. REAL
United States District Judge

Submitted by:

/s/ Kay Otani
KAY OTANI
Deputy Federal Public Defender

CC: USM; BOP; USPO