HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
[E-Mail: Hilary_Potashner]
KAY OTANI (Bar No. 184607)
Deputy Federal Public Defender
[Kay_Otani@fd.org]
3801 University Avenue, Suite 700
Riverside, California  92501
Tel: 951-276-6346
Fax: 951-276-6368
Email: Kay Otani@fd.org

Attorneys for Defendant
KEVIN WILLIAM DURNELL

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>KEVIN WILLIAM DURNELL,<br><br>              Defendant. | Case No.  EDCR-11-00092-R<br><br>**Notice of Filing of Motion for Release Pending Appeal in Ninth Circuit and Automatic Stay Under Circuit Rule 9-1.2(e)** |

Defendant Kevin William Durnell, by and through his counsel of record, Deputy Federal Public Defender Kay Otani, hereby notifies the Court that he filed a motion for release pending appeal in the Ninth Circuit on April 26; a copy of the Ninth Circuit's docket is attached.

The parties agree that, by operation of Ninth Circuit Rule 9-1.2(e), the filing of the motion for release pending appeal in the Circuit automatically stays Durnell's

//

//

scheduled surrender date.  Counsel will notify this Court within one business day of any ruling by the Ninth Circuit on the motion for release pending appeal.

April 27, 2018                                              Respectfully submitted,

                                                            HILARY POTASHNER
                                                            Federal Public Defender

                                                              */s/ Kay Otani*
                                                            KAY OTANI
                                                            Deputy Federal Public Defender

                                                            Attorneys for Defendant

ii